In the Matter of GENESEE VALLEY TRUST COMPANY, Judgment-Creditor-Respondent, against HANNAH GLAZER, Judgment-Debtor-Appellant.

Submitted May 27, 1946; decided June 6, 1946.

Motion by respondent for reargument denied, with $10 costs and necessary printing disbursements. [See 295 N. Y. 219.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IRVING D. PANGBURN, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST JOHNSON, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARMEN VINCI, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIZABETH RANDOLPH, Appellant.

Submitted June 3, 1946; decided June 6, 1946.

*William M. Nicoll, District Attorney (Emmet J. Lynch* of counsel), for motions to dismiss appeals.

*Samuel Levy* for cross motions.

Motions to dismiss appeals denied.

Motions for enlargement of time granted and cases set down for argument during second week of first autumn session of 1946.